IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTWAN D. JOLLEY | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 5:13-CV-247 (MTT) |
| TRIAD MECHANICAL CONTRACTORS, et al., | ) ) ) ) |
| Defendants. | ) ) ) |

## ORDER

On January 8, 2014, the Court ordered the Plaintiff to show cause why the Court should not strike his amended complaint for failure to seek leave of the Court. (Doc. 23). The Plaintiff responded that, though he failed to inform the Court of this when he filed his amended complaint, the Defendants have consented to the amendment. (Doc. 24). Consequently, the Court will consider the Plaintiff's amended complaint (Doc. 22) properly filed. The Defendants shall file their answers within 14 days of the date of this Order.

**SO ORDERED**, this 27th day of January, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT